B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of Minnesota | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**SCHWING AMERICA, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**41-1236936** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5900 CENTERVILLE ROAD**<br>**ST. PAUL, MN**　ZIP Code **55127** | Street Address of Joint Debtor (No. and Street, City, and State):　ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**RAMSEY** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):　ZIP Code | Mailing Address of Joint Debtor (if different from street address):　ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined
  in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which**
**the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition
  of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition
  of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts,
  defined in 11 U.S.C. § 101(8) as
  "incurred by an individual primarily for
  a personal, family, or household purpose."
- ☒ Debts are primarily
  business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must
  attach signed application for the court's consideration certifying that the debtor
  is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed
  to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more
  classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
  there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ☒<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☒<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☒<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **SCHWING AMERICA, INC.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ■ Exhibit A is attached and made a part of this petition. | **X** _____ |
| | Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**SCHWING AMERICA, INC.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X** **/s/ MICHAEL L MEYER**
_____
Signature of Attorney for Debtor(s)

**MICHAEL L MEYER 72527**
_____
Printed Name of Attorney for Debtor(s)

**RAVICH MEYER KIRKMAN McGRATH NAUMAN & TANSEY PA**
Firm Name

**4545 IDS CENTER**
**80 SOUTH EIGHTH STREET**
**MINNEAPOLIS, MN 55402-2225**

_____
Address

**Email: mlmeyer@ravichmeyer.com**
**612-332-8511  Fax: 612-332-8302**
Telephone Number

**September 28, 2009**
_____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ BRIAN MOGENSEN**
_____
Signature of Authorized Individual

**BRIAN MOGENSEN**
_____
Printed Name of Authorized Individual

**CHIEF FINANCIAL OFFICER**
_____
Title of Authorized Individual

**September 28, 2009**
_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## District of Minnesota

In re    **SCHWING AMERICA, INC.**                      ,      Case No. _____

                                Debtor

                                                     Chapter _____ **11** _____

## Exhibit "A" to Voluntary Petition

1.  If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is   **N/A** _____ .

2.  The following financial data is the latest available information and refers to debtor's condition on   **JULY 31, 2009** _____ .

| | | |
|---|---|---|
| a. Total assets | $ | **130,590,299.00** |
| b. Total debts (including debts listed in 2.c.,below) | $ | **90,919,327.00** |

|  |  | | Approximate number of holders |
|---|---|---|---|
| c. Debt securities held by more than 500 holders. | | | |

| | | | | |
|---|---|---|---|---|
| secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
| secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
| secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
| secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
| secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |

| | | |
|---|---|---|
| d. Number of shares of preferred stock | **0** | **0** |
| e. Number of shares of common stock | **100** | **1** |

Comments, if any:

3.  Brief description of debtor's business:
    **MANUFACTURE AND SALE OF CONSTRUCTION EQUIPMENT**

4.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
    **SCHWING GmbH**

## WRITTEN ACTION BY BOARD OF DIRECTORS OF
## SCHWING AMERICA, INC. TAKEN WITHOUT A MEETING

The undersigned, being all of the members of the Board of Directors of Schwing America, Inc., a Minnesota corporation (the "Company") acting pursuant to Minnesota Statute Section 302A.239, do hereby agree to the adoption of and do hereby adopt the following resolutions by consent in writing:

WHEREAS, the Articles of Incorporation and/or Bylaws of the Company provides that any action permitted to be taken at a meeting of the Board of Directors may be taken by written action signed by all of the directors of that Company;

WHEREAS, it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code; and

RESOLVED, that Brian Mogensen is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the Company and is further authorized to execute and deliver all documents necessary during the administration of the bankruptcy case;

RESOLVED, that Brian Mogensen is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds on behalf of the Company as are necessary and appropriate in connection with the administration of the bankruptcy case;

RESOLVED, that Brian Mogensen is authorized and directed to employ Michael Meyer, attorney and the law firm of Ravich Meyer Kirkman McGrath & Nauman, a Professional Association, to represent the Company in such bankruptcy case, and is authorized and directed to employ any other professionals needed to assist the Company in fulfilling its duties as a chapter 11 debtor;

RESOLVED, that Brian Mogensen be and is authorized and directed to take any and all action necessary to carry out the intent of the foregoing resolutions and to perform the Company's obligations that arise as a result of the foregoing resolutions.

The above action is taken without a meeting by authorization in writing signed by all of the members of the Board of Directors of the Company.

This action is to be effective as of August 4, 2009.

This action may be executed by facsimile and in counterpart.

_____        _____
Gerhard Schwing                         Achim Schröder

_____        _____
William P. Dease                        Heinz-Ulrich Wortmann

_____        _____
Brian Hazelton                          Brian Mogensen

2386791v1

# United States Bankruptcy Court
## District of Minnesota

In re    __SCHWING AMERICA, INC.__

                                              Debtor(s)

Case No. _____

Chapter    __11__ _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) <br><br> *Name of creditor and complete mailing address including zip code* | (2) <br><br> *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br><br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br><br> *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br><br> *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| CON FORMS DIVISION <br> 777 MARITIME DRIVE <br> P O BOX 308 <br> PORT WASHINGTON, WI 53074-0308 | SHELLY <br> CON FORMS DIVISION <br> 777 MARITIME DRIVE <br> PORT WASHINGTON, WI 53074-0308 <br> (866) 414-7812 | TRADE DEBT | | 409,909.25 |
| SNR WALZLAGER GMBH <br> P O BOX 330410 <br> DUSSELDORF, GERMANY 40437 | NICOLE <br> SNR WALZLAGER GMBH <br> P O BOX 330410 <br> DUSSELDORF, GERMANY 40437 <br> 49-211-6580-638 | TRADE DEBT | | 377,254.82 |
| RYERSON <br> 24487 NETWORK PLACE <br> CHICAGO, IL 60673-1244 | TINA HALVORSON <br> RYERSON <br> 24487 NETWORK PLACE <br> CHICAGO, IL 60673-1244 <br> (763) 544-4401 | TRADE DEBT | | 298,102.01 |
| DYNAMIC ENGINEERING <br> P O BOX 697 <br> WATERTOWN, SD 57201-0697 | JANICE - ACCOUNTING <br> DYNAMIC ENGINEERING <br> P O BOX 697 <br> WATERTOWN, SD 57201-0697 <br> (605) 886-5544 | TRADE DEBT | | 205,713.07 |
| KOLSTAD COMPANY <br> 8501 NAPLES STREET NE <br> BLAINE, MN 55449 | PAUL O'BRIEN <br> KOLSTAD COMPANY <br> 8501 NAPLES STREET NE <br> BLAINE, MN 55449 <br> (763) 795-0654 | TRADE DEBT | | 191,871.60 |
| ENGINEERED CHASSIS SYSTEMS LLC <br> 290 LAGRANDEUR DRIVE <br> SOMERSET, WI 54025 | CHARITY <br> ENGINEERED CHASSIS SYSTEMS LLC <br> 290 LAGRANDEUR DRIVE <br> SOMERSET, WI 54025 <br> (715) 247-2634 | TRADE DEBT | | 188,037.35 |
| BRIGGS & MORGAN <br> 332 MINNESOTA STREET W #2200 <br> ST. PAUL, MN 55101 | BRIGGS & MORGAN <br> 332 MINNESOTA STREET W #2200 <br> ST. PAUL, MN 55101 <br> (651) 808-6456 | PROFESSIONAL SERVICES | | 179,200.00 |

In re   **SCHWING AMERICA, INC.**                                 Case No. _____

                                  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| NEUFAB SPECIALTY FAB<br>2568 EAGLE RIDGE DRIVE<br>P O BOX 51<br>RED WING, MN 55066 | CATHY<br>NEUFAB SPECIALTY FAB<br>2568 EAGLE RIDGE DRIVE<br>RED WING, MN 55066<br>(800) 441-6948 | TRADE DEBT | | 140,901.66 |
| HDI NI DORTMUND<br>44137 DORTMUND<br>BETENSTRABE GERMANY<br>44137 | HDI NI DORTMUND<br>44137 DORTMUND<br>BETENSTRABE, GERMANY  44137<br>49-231-5481-292 | INSURANCE PREMIUM | | 123,480.05 |
| DEUTZ CORPORATION<br>68 ANNEX<br>P O BOX 102281<br>ATLANTA, GA 30368 | DEUTZ CORPORATION<br>P O BOX 102281 68 ANNEX<br>ATLANTA, GA 30368<br>(770) 564-7100 | TRADE DEBT | | 122,688.24 |
| HUDSON MACHINE & TOOL<br>1750 RIDGEWAY STREET<br>HAMMOND, WI 54015 | KRIS<br>HUDSON MACHINE & TOOL<br>1750 RIDGEWAY STREET<br>HAMMOND, WI 54015<br>(800) 236-5935 | TRADE DEBT | | 120,750.40 |
| SAGA ADVERTISING<br>570 OLD HWY 8 NW<br>NEW BRIGHTON, MN 55112 | SAGA ADVERTISING<br>570 OLD HWY 8 NW<br>NEW BRIGHTON, MN 55112<br>(651) 287-0180 | TRADE DEBT | | 116,546.02 |
| PRAETORIAN INSURANCE COMPANY<br>150 N WACHER DRIVE  29TH FL<br>CHICAGO, IL 60606 | R. THIBODEAUX<br>PRAETORIAN INSURANCE COMPANY<br>150 N WACHER DRIVE  29TH FL<br>CHICAGO, IL 60606<br>(337) 232-2929 | INSURANCE SETTLEMENT | | 103,102.49 |
| TWIN CITIES MACK & VOLVO<br>2195 W COUNTY ROAD C-2<br>P O BOX 130820<br>ROSEVILLE, MN 55113 | TWIN CITIES MACK & VOLVO<br>2195 W COUNTY ROAD C-2<br>ROSEVILLE, MN 55113<br>(651) 633-4810 | TRADE DEBT | | 98,630.81 |
| FREEMAN<br>P O BOX 650036<br>DALLAS, TX 75265-0036 | FRED SMITH<br>FREEMAN<br>P O BOX 650036<br>DALLAS, TX 75265-0036<br>(800) 334-9102 | TRADE DEBT | | 95,043.95 |
| FLATIRON CAPITAL<br>P O BOX 17600<br>DENVER, CO 80217-0600 | FLATIRON CAPITAL<br>P O BOX 17600<br>DENVER, CO 80217-0600 | GOODS AND SERVICES | | 92,421.91 |
| HECKER WERKE GMBH & CO KG<br>ARTHUR-HECKER STR. 1<br>WELL IM SCHOENBUCH, GERMANY  71093 | CLAUDIO<br>HECKER WERKE GMBH & CO KG<br>ARTHUR-HECKER STR. 1<br>WELL IM SCHOENBUCH, GERMANY 71093<br>49-7157-5601 | TRADE DEBT | | 85,830.59 |

In re  **SCHWING AMERICA, INC.**                              Case No. _____

                                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| SENTRY INSURANCE<br>P O BOX 88372<br>MILWAUKEE, WI 53288-0372 | RITA NACHMAN<br>SENTRY INSURANCE<br>P O BOX 88372<br>MILWAUKEE, WI 53288-0372<br>(715) 346-6331 | WORKERS COMP CLAIM | | 63,434.11 |
| PARKER HANNIFIN CORP<br>5987 COLLECTION CENTER DR<br>CHICAGO, IL 60693 | PARKER HANNIFIN CORP<br>5987 COLLECTION CENTER DR<br>CHICAGO, IL 60693 | TRADE DEBT | | 63,061.07 |
| BOSCH REXROTH ELCHINGEN<br>7900 ULM - DONAU<br>P O BOX 2260<br>GERMANY   23192 | MARTIN LINDENMAYER<br>BOSCH REXROTH ELCHINGEN<br>7900 ULM - DONAU<br>GERMANY   23192<br>49-7308-822018 | TRADE DEBT | | 62,452.46 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the CHIEF FINANCIAL OFFICER of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 28, 2009** _____      Signature    **/s/ BRIAN MOGENSEN** _____

                                                            **BRIAN MOGENSEN**
                                                            **CHIEF FINANCIAL OFFICER**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

In re:

**SCHWING AMERICA, INC.**
Debtor(s).

**SIGNATURE DECLARATION**

Case No. _____

☒ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☐ OTHER (Please describe:_____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, ***make the following declarations under penalty of perjury:***

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 9/28/09

X _____
Signature of Debtor or Authorized Representative

X _____
Signature of Joint Debtor

**BRIAN MOGENSEN**
_____
Printed Name of Debtor or Authorized Representative

_____
Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)