**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

In re:

SCHWING AMERICA, INC.

         Debtor.

Bky Case No. 09-36760
Chapter 11

# NOTICE OF INTENTION TO
# SEEK EXPEDITED HEARING

The debtor in the above Chapter 11 case, gives notice that it intends to seek expedited hearings on the following matters (check all that apply):

\_\_\_\_\_    JOINT MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION OF RELATED BANKRUPTCY CASES

\_\_\_\_\_    MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND CERTAIN LISTS REQUIRED BY BANKRUPTCY RULE 1007(c)

  X    MOTION RE MAINTENANCE OF BANK ACCOUNTS AND EXISTING CASH MANAGEMENT SYSTEMS

  X    MOTION TO PAY PRE-PETITION WAGES, SALARIES, AND RELATED BENEFITS

  X    MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL

  X    MOTION FOR APPROVAL OF POST-PETITION SECURED AND SUPER PRIORITY FINANCING PURSUANT TO SECTION 364(c) OF THE BANKRUPTCY CODE

\_\_\_\_\_    MOTION, PURSUANT TO SECTION 366 OF THE BANKRUPTCY CODE, FOR ENTRY OF INTERIM ORDER (1) DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES AND (2) RESTRAINING UTILITY COMPANIES FROM DISCONTINUING, ALTERING, OR REFUSING SERVICE

_____   MOTION FOR ORDER ESTABLISHING NOTICE AND ADMINISTRATIVE PROCEDURES

_____   MOTION FOR ORDER AUTHORIZING THE RETENTION OF PROFESSIONALS

_____   MOTION FOR ORDER AUTHORIZING THE FILING OF DOCUMENTS UNDER SEAL

_____   MOTION FOR ORDER AUTHORIZING PAYMENT OF CERTAIN PREPETITION CUSTOMER CLAIMS IN THE ORDINARY COURSE OF BUSINESS (E.G., GIFT CERTIFICATES, LAYAWAY CLAIMS; WARRANTY CLAIMS; REFUND POLICIES)

_____   MOTION FOR ORDER AUTHORIZING PAYMENT OF SALES AND USE TAXES

_____   MOTION FOR ORDER AUTHORIZING DEBTORS TO RETURN GOODS PURSUANT TO SECTION 546(g) OF THE BANKRUPTCY CODE

_____   MOTION FOR ORDER AUTHORIZING POSTPETITION DELIVERY OF GOODS ORDERED BY CUSTOMERS PREPETITION

_____   MOTION FOR ORDER AUTHORIZING PAYMENT OF CUSTOMS DUTIES

_____   MOTION FOR ORDER AUTHORIZING PAYMENT OF CONTRACTORS IN SATISFACTION OF LIENS

_____   MOTION FOR ORDER AUTHORIZING DEBTORS TO HONOR CERTAIN PREPETITION CLAIMS OF SHIPPERS, FREIGHT HANDLERS AND WAREHOUSERS

_____   MOTION FOR ORDER PERMITTING DEBTOR TO HONOR WORKERS' COMPENSATION PROGRAMS AND PAY INSURANCE OBLIGATIONS

_____   MOTION FOR ORDER APPROVING THE ESTABLISHMENT OF RECLAMATION PROCEDURES

_____   MOTION FOR ORDER REJECTING LEASES

_____        OTHERS (list):

Dated: September 28, 2009              RAVICH MEYER KIRKMAN
                                       McGRATH NAUMAN & TANSEY,
                                       A PROFESSIONAL ASSOCIATION

                                       By    /e/  Michael L. Meyer (72527)
                                                  Will R. Tansey (0323056)

                                       4545 IDS Center
                                       80 South Eighth Street
                                       Minneapolis, MN 55402
                                       (612) 332-8511

                                       ATTORNEYS FOR DEBTOR