## WITNESS AND EXHIBIT RECORD

| DATE | CASE NUMBER | JUDGE | OPERATOR | PAGE NUMBER |
|---|---|---|---|---|
| 2010-04-01 | 09-36760 | NANCY C. DREHER | Susan Newsom 11:00 AM(Courtroom 7 West (Minneapolis)) | 1 OF |

| CASE TITLE | NAMES OF COUNSEL |
|---|---|
| Chapter 11 BKY | Atty for Debtor: Michael Meyer |

### OPENING AND CLOSING STATEMENTS: (If any)

| ON BEHALF OF | BY | OPEN | CLOSE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | V.D. |
|---|---|---|---|---|---|
| Brian Hazelton | X | X | X | X | |

| EXHIBIT NUMBER | DESCRIPTION | DATE OFFERED | DATE RECEIVED |
|---|---|---|---|
| A | Distributorship Agreement with Imocom de Mexico | 4/1/10 | 4/1/10 |
| B | Translation of the Original in the German Language | 4/1/10 | 4/1/10 |
| C | Distribution Agreement with Imocom Mexico 12-18-09 | 4/1/10 | 4/1/10 |
| 1 | Schwing America Statement for Imocom Mexico | 4/1/10 | 4/1/10 |

Debtor