# United States Bankruptcy Court

District Of Minnesota

In re: **Schwing America Inc.**    Case No **09-36760**

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U S C. § 1111(a) Transferee hereby gives notice pursuant to Rule 3001(e)(1), Fed R. Bankr P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee<br>**Blue Heron Micro Opportunities Fund, LLP** | Name of Transferor<br>**Wheeler Tank Mfg, Inc.** |
| Name and Address where notices to transferee should be sent:<br><br>**Blue Heron Micro Opportunities Fund, LLP**<br>**P.O. Box 14610**<br>**Surfside Beach, SC 29587**<br>**Attn: Claims Processing Dept.**<br><br>Phone:<br>(803) 810-0855 | Court Record Address of Transferor<br>(Court Use Only) |
| Last Four Digits of Account #:_____ | Last Four Digits of Account #:_____ |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor<br>**Wheeler Tank Mfg. Inc.**<br>**4001 North 4th Avenue**<br>**Sioux Falls, SD 57104**<br><br>Claim Amount: $3,585.00 |
| Phone: *Same as Above* | Phone: |
| Last Four Digits of Account #:_____ | Last Four Digits of Account #:<br><br>Court Claim # (if known):<br><br>Date Claim Filed: |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/David P. Tonner      Date:  5/13/2010
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 & 3571

---
~~DEADLINE TO OBJECT TO TRANSFER~~
---

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court

Date:_____                    _____
                                                  **CLERK OF THE COURT**

# NOTICE OF CLAIMS PURCHASE AGREEMENT

WHEELER TANK MFG INC, a(n) CORPORATION (State of Incorporation), SO. DAKOTA (EntityType), its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto Blue Heron Micro Opps Fund LP, a Delaware Limited Partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of **$3,585.00** (proof of claim amount, defined as the "Claim" against **Schwing America Inc** (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, **District of Minnesota**, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number **09-36760** (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly authorized representative dated the 27 day of April, 2010.

WHEELER TANK MFG INC.
(Company Name)

Witness: Robert M. Chauvin (Signature)

(Signature of Corporate Officer)

ROBERT M. CHAUVIN, CPA
(Print Name and Title of Witness)

THOMAS A. WHEELER, PRES.
(Print Name and Title of Corporate Officer)

Blue Heron Micro Opportunities Fund LP

Witness: _____
(Signature)

(Blue Heron Micro Opportunities Fund LP)

**Exhibit "A"**