# United States Bankruptcy Court

District Of Minnesota

In re: **Schwing America Inc.**  Case No **09-36760**

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U S C § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

| | |
|---|---|
| Name of Transferee<br>**Blue Heron Micro Opportunities Fund, LLP** | Name of Transferor<br>**LDI Industries** |
| Name and Address where notices to transferee should be sent:<br>**Blue Heron Micro Opportunities Fund, LLP**<br>**P.O. Box 14610**<br>**Surfside Beach, SC 29587**<br>**Attn: Claims Processing Dept.** | Court Record Address of Transferor<br>(Court Use Only) |
| Phone:<br>(803) 810-0855 | |
| Last Four Digits of Account #:_____ | Last Four Digits of Account #:_____ |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor<br>**LDI Industries**<br>**1864 Nagle Avenue**<br>**P.O. Box 1810**<br>**Manitowac, WI 54221** |
| | Claim Amount:   $497.40 |
| Phone: *Same as Above* | Phone: |
| Last Four Digits of Account #:_____ | Last Four Digits of Account #: |
| | Court Claim # (if known):   42 |
| | Date Claim Filed:   10/30/2009 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/David P. Tonner__   Date:   5/13/2010
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

---
**----DEADLINE TO OBJECT TO TRANSFER----**
---

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____    _____
                                 **CLERK OF THE COURT**

## NOTICE OF CLAIMS PURCHASE AGREEMENT

LDI INDUSTRIES, a(n) __Wisconsin__ (State of Incorporation), __S Corporation__ (EntityType), its successors and assigns ("Seller") for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto Blue Heron Micro Opportunities Fund LP, a Delaware Limited Liability Partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $497.40 (proof of claim amount, defined as the "Claim") against Schwing America Inc (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, District of Minnesota, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number 09-36760 (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the __26th__ day of __April__, 2010.

_LDI Industries, Inc._
(Company Name)

Witness: _Sue Schroeder_ (Signature)
_Sue Schroeder / HR_
(Print Name and Title of Witness)

(Signature of Corporate Officer)
_Thomas G. Lukos VP_
(Print Name and Title of Corporate Officer)

**Blue Heron Micro Opportunities Fund LP**

Witness: _____ (Signature)

(Blue Heron Micro Opportunities Fund LP)

Exhibit "A"