UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

SCHWING AMERICA, INC.,

_____,  Chapter 11 Case
                      Debtor.     Case Number BKY 09-36760.

## ORDER AND NOTICE FOR HEARING ON CONFIRMATION OF PLAN

A disclosure statement has been approved as containing adequate information, regarding a plan to be considered for confirmation. The court may confirm a plan pursuant to 11 U.S.C. § 1129 after notice and a hearing.

THEREFORE ORDERED:

1. APPROVAL OF DISCLOSURE STATEMENT. The disclosure statement filed by debtor, its proponent, on June 4, 2010, dated June 1, 2010, regarding the plan filed by the proponent on June 4, 2010, dated June 1, 2010, is approved.

2. HEARING ON CONFIRMATION OF PLAN. A hearing to consider confirmation of the plan will be held on **July 13, 2010**, **at 10:30 a.m.**, in Courtroom No. 7W, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

3. OBJECTIONS TO CONFIRMATION. An objection to confirmation of the plan shall be made by motion under Local Rule 3020-1. Seven days prior to the hearing is the last day to timely deliver an objection, and ten days prior to the hearing is the last day to timely mail an objection. The objection must be filed not later than one day after service. Unless the parties agree otherwise by written stipulation, Fed. R. Civ. P. 26(a)(1), (a)(2), (a)(3) and (f) do not apply.

4. BALLOTS TO ACCEPT OR REJECT PLAN. Five days prior to the hearing is fixed as the last day to timely file the ballots to accept or reject the plan. The attorneys for the proponent and the unsecured creditors committee shall jointly count the ballots and file a report of the tabulation not later than 24 hours before the hearing under Local Rule 3020-2.

5. MAILING OF NOTICE, COPIES AND BALLOTS. Not less than thirty (30) days prior to the hearing, the proponent under supervision of its attorney shall prepare and mail pursuant to Local Rule 3017-1(a)-(b), and in accordance with the clerk's instructions, appropriate copies of this order and notice, letters of transmittal if any, the approved official form ballot, the approved disclosure statement, and the plan, to the entities specified in Local Rule 9013-3(a)(2), all creditors, equity security holders, and other parties in interest.

Dated: June 4, 2010.

/e/ Nancy C. Dreher
_____
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/04/2010*
Lori Vosejpka, Clerk, By KK, Deputy Clerk