# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

SCHWING AMERICA, INC.             Bky Case No. 09-36760
                                                         Chapter 11
                 Debtor.

## NOTICE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE** that the conditions precedent to the refinancing of the Debtor under the terms of the Modified Plan of Reorganization dated June 1, 2010 filed by Schwing America, Inc., and confirmed by the Court on July 13, 2010 (the "Plan"), having occurred, the Effective Date of the Plan is **July 14, 2010**.

Dated: July 26, 2010            RAVICH MEYER KIRKMAN
                                         McGRATH & NAUMAN,
                                         A PROFESSIONAL ASSOCIATION

                                         By     /e     Michael L. Meyer (72527)
                                                               Will R. Tansey (323056)

                                         4545 IDS Center
                                         80 South Eighth Street
                                         Minneapolis, MN 55402

                                         ATTORNEYS FOR DEBTOR