| United States Bankruptcy Court | |
|---|---|
| For the District Of Minnesota | |

| | |
|---|---|
| SCHWING AMERICA INC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-36760 |
| Debtor | } Amount $22,558.05 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**PALL AEROPOWER CORP**
**4245 EVANS AVENUE**
**FORT MYERS, FL 33901**

The transfer of your claim as shown above in the amount of **$22,558.05** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By/s/Gerald Jospitre
      Liquidity Solutions Inc
      (201) 968-0001

931329

## TRANSFER NOTICE

PALL AEROPOWER CORPORATION ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Schwing America, Inc. (the "Debtor"), in the aggregate amount of $22,558.05 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Minnesota, administered as Case No. 09-36760.

IN WITNESS WHEREOF, Assignor has signed below as of the __14__ day of __JUNE__, 2010.

PALL AEROPOWER CORPORATION             LIQUIDITY SOLUTIONS, INC.


_____         _____
(Signature)                             (Signature)

__DAVID J TAYLOR__                      __GERALD JOSPITRE__
(Print Name)                            (Print Name)

93/329