**GfG R.REIMERS**
GmbH & Co. KG

GfG R. Reimers GmbH & Co. KG · Westfalenstr. 10 · 58455 Witten

U.S. Bankruptcy Court
316 North Robert Street
**St. Paul, MN 55101**

**USA**

9. August 2010

**In re: Schwing America Inc., Chapter 11 Case**
**Case Number: BKY 09-36760**
**Creditor: GfG R. Reimers GmbH & Co KG**

Dear Sirs,

we would like to inform you, that we have assigned our claim of the invoice No. 109R0264 with the amount of 6,159.47 USD to the company PENAGA Holding B.V., Rekhemsweg 17, 7004 GK Doetinchem, The Netherlands.

Enclosed you will find the contract of the cession dated 5th of October 2009.

We have already informed the debtor Schwing America Inc. about the cession.

Kind regards

GfG R.Reimers GmbH & Co. KG

*E. R. Lw J.*

Elke Reimers
CEO

| | | | | |
|---|---|---|---|---|
| GfG R.REIMERS GmbH & Co.KG | Geschäftsführerin: | Hausanschrift | Telefon | Bankverbindungen |
| Sitz in Witten - HR Bochum A 4688 | Elke Reimers | Westfalenstr. 10 | (02302) 81011 | Sparkasse Vest Recklinghausen |
| Persönlich haftende Gesellschafterin: | | D-58455 Witten | | (BLZ 426 501 50) 130205305 |
| GfG R.Reimers BeteiligungsGmbH | USt-Id.Nr | Steuer-Nr. | Telefax | Commerzbank AG Haltern |
| Witten - HR Bochum B 8486 | DE 170238727 | 348/5735/1336 | (02302)18373 | (BLZ 360 400 39) 5100755 |

# Abtretungsvereinbarung

zwischen

**GfG R. Reimers GmbH & Co KG**, Westfalenstr. 10, 58455 Witten,
vertreten durch die Geschäftsführerin Elke Reimers,

„GfG" genannt,

und

**PENAGA Holding B.V.**, Rekhemseweg 17, NL 7004 GK Doetinchem,
vertreten durch den Directeur Volker Waldeck,

„PENAGA" genannt.

1. GfG hat eine Forderung aus Warenlieferung gegen die Firma Schwing America Inc. in Höhe von 5.007,70 €uro. GfG tritt hiermit die Forderung an PENAGA in voller Höhe ab. PENAGA nimmt die Abtretung hiermit an.

2. PENAGA ist berechtigt, die Abtretung der Fa. Schwing America Inc. anzuzeigen, wenn dies für die Wahrung ihrer Rechte erforderlich ist.

Witten, den 5.10.2009

_____          _____
GfG R. Reimers GmbH & Co KG              PENAGA Holding B.V.

RECEIVED 10 AUG 13 AM 11:04 U.S. BANKRUPTCY COURT ST. PAUL, MN