**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

SCHWING AMERICA, INC.   Bky Case No. 09-36760
                        Chapter 11
    Debtor.

**STIPULATION BETWEEN DEBTOR,
AT&T CORP. AND SBC GLOBAL SERVICES, INC.**

Schwing America, Inc. ("Debtor"), AT&T Corp. ("AT&T") and SBC Global Services, Inc. ("SBC") through their undersigned attorneys, stipulate and agree:

1. On August 12, 2010, Debtor filed objections to claim no. 106 filed by AT&T and claim no. 51 filed by SBC seeking disallowance of both claims.

2. On September 10, 2010, AT&T and SBC, by counsel, filed a combined response to those objections.

3. The objections are set for evidentiary hearing on October 21, 2010.

4. Through discovery the parties have determined that claim 51 filed by SBC should be allowed in its entirety and that claim no. 106 should be disallowed.

5. Therefore, the Debtor, AT&T and SBC agree that an order effecting that result, in the form of <u>Exhibit A</u> to this Stipulation, may be entered and that the evidentiary hearing may be stricken.

Dated: October 14, 2010

RAVICH MEYER KIRKMAN
McGRATH NAUMAN & TANSEY,
A PROFESSIONAL ASSOCIATION

By    /e    Michael L. Meyer (72527)

4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-8511

ATTORNEYS FOR DEBTOR

Dated: October 14, 2010

BEST & FLANAGAN, LLP

By:_____
    Patrick B. Hennessy (#124412)
225 South Sixth Street, Suite 4000
Minneapolis, MN 55402
(612) 349-5645

And

Joseph A. Becht, Jr.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
(973) 597-2500

ATTORNEYS FOR AT&T CORP. AND
SBC GLOBAL SERVICES, INC.

# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

In re:

SCHWING AMERICA, INC.,                            Case No. 09-36760
                                                                                     Chapter 11

            Debtor.

## **ORDER**

This matter came on before the court on Debtor's Objection to Claim 106 of AT&T Corp. and claim 51 of SBC Global Services, Inc. Pursuant to a Stipulation between Debtor and AT&T and SBC, through their respective counsel, regarding those objections,

**IT IS ORDERED:**

1.     Claim No. 106 of AT&T Corp. is disallowed in its entirety.

2.     Claim No. 51 of SBC Global Services, Inc. is allowed in its entirety.

Dated:

                                                    Nancy C. Dreher
                                                    United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

SCHWING AMERICA, INC.,  Case No. 09-36760
                        Chapter 11
       Debtor.

## ORDER

This matter came on before the court on Debtor's Objection to Claim 106 of AT&T Corp. and claim 51 of SBC Global Services, Inc. Pursuant to a Stipulation between Debtor and AT&T and SBC, through their respective counsel, regarding those objections,

**IT IS ORDERED:**

1. Claim No. 106 of AT&T Corp. is disallowed in its entirety.

2. Claim No. 51 of SBC Global Services, Inc. is allowed in its entirety.

Dated:

                                    Nancy C. Dreher
                                    United States Bankruptcy Court